248 So.2d 585

**Mrs. Myrtle TRAHAN et al.**

**v.**

**GULF CREWS, INC., et al.**

**No. 51410.**

June 7, 1971.

In re: Mrs. Myrtle Trahan, Individually, etc., et al. applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

248 So.2d 585

**Mrs. Myrtle TRAHAN et al.**

**v.**

**GULF CREWS, INC., et al.**

**No. 51443.**

June 7, 1971.

In re: Gulf Crews, Inc., Continental Insurance Company of New York, Gilbert Arthur Russel and Orion Insurance Company, Ltd. applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Cameron.

It is ordered that the writ of review issue; that the Court of Appeals send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.